UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:09-CR-328-D-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| ANTHONY MANDRAUS MCARTHUR | ) | |

This cause is before the Court on the Government's Motion to Dismiss Indictment and Arrest Warrant. The Defendant has been charged and subsequently sentenced on similar charges in another court of law.

Therefore, for good cause shown, the indictment and arrest warrant against this Defendant are hereby dismissed.

This **23** day of **June**, 2010.

UNITED STATES **DISTRICT** JUDGE